NMA:EAG/AL
F.#2011R01744

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>CARMINE PERSICO,<br><br>Defendant. | I N D I C T M E N T<br><br>CR 11 - 845<br><br>(T. 18, U.S.C., §§ 894(a)(1),<br>981(a)(1)(c), 2 and<br>3551 et seq.; T. 21, U.S.C.,<br>§ 853(p); T. 28, U.S.C.,<br>§ 2461(c)) |

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 22 2011 ★
BROOKLYN OFFICE

JOHNSON, M.J.
GO, M.J.

THE GRAND JURY CHARGES:

## COUNT ONE
(Extortionate Collection of Credit Conspiracy)

1. In or about and between March 2010 and May 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARMINE PERSICO, together with others, did knowingly and intentionally conspire to participate in the use of extortionate means to collect and attempt to collect one or more extensions of credit from an individual affiliated with the Gambino organized crime family of La Cosa Nostra (the "Gambino Individual").

(Title 18, United States Code, Sections 894(a)(1) and 3551 et seq.)

## COUNT TWO
(Extortionate Collection of Credit)

2. In or about and between March 2010 and May 2010, both dates being approximate and inclusive, within the Eastern

District of New York and elsewhere, the defendant CARMINE PERSICO, together with others, did knowingly and intentionally participate in the use of extortionate means to collect and attempt to collect one or more extensions of credit from the Gambino Individual.

(Title 18, United States Code, Sections 894(a)(1), 2 and 3551 et seq.)

## FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant that, upon conviction of either of the offenses, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#2011R01744
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

CARMINE PERSICO,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 894(a)(1), 981(a)(1)(c), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
                                    Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
                                    Clerk

Bail, $ _____

*Elizabeth Geddes, Assistant U.S. Attorney (718-254-6430)*