# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

December 29, 2011

The Honorable Joan M. Azrack
US District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *USA v. Carmine Persico,* **1:11-cr-845 (SJ)**

Dear Judge Azrack:

I represent defendant Carmine Persico in the above captioned case. Arraignment of Mr. Persico is currently scheduled for January 4, 2012 at 11:00am. I am writing to request the Court re-schedule Mr. Persico's arraignment for Thursday, January 5, 2012 at 11am.

The Government (AUSA Elizabeth Geddes) has consented to this request.

Very truly yours,

/s/Joseph Corozzo
Joseph Corozzo

cc:   All United States Attorneys via ECF