## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Joan M. Azrack          **DATE :**   1/5/12

**DOCKET NUMBER:**   11CR845(SJ)          **LOG # :**   11:17 – 11:20

**DEFENDANT'S NAME :**   Carmine Persico
✓ Present   ___ Not Present   ___ Custody   ✓ Bail

**DEFENSE COUNSEL :**   Joseph Corozzo
___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:**   James Gatta / Elizabeth Geddes          **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____ (Language) _____

___ Hearing held.   ___ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

✓ Order of Speedy Trial entered.   Code Type ___   Start 1/5/12   Stop 1/18/12

___ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 1/18/12 @ 9:30 before Judge Johnson

**OTHERS :** _____