# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

January 31, 2012

The Honorable Judge Sterling Johnson, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *USA v. Carmine Persico,* 11-cr-845 (SJ)

Dear Judge Johnson:

    I am writing to request this Court modify Mr. Carmine Persico's bail conditions to permit him to attend and participate in Memorial Sloan Kettering Cancer Center's "Cycle for Survival" fundraiser Saturday, February 4, 2012 from 10:00am through 6:00pm. Cycle for Survival will take place at Equinox Gym in Roslyn, Long Island.

    Pre-trial services officer Arthur Bobyak and the Government (AUSA Elizabeth Geddes) have consented to this request.

                    Very truly yours,

                    /s/Joseph Corozzo
                    Joseph Corozzo

cc:    All United States Attorneys via ECF
        Pretrial Officer Arthur Bobyak via facsimile (631) 712-6415