

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TM:NS
F.#2011R01744

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 13, 2012

By ECF and E-mail

Joseph R. Corozzo, Jr., Esq.
Rubinstein & Corozzo, LLP
260 Madison Avenue
New York, NY 10016

      Re:  United States v. Carmine Persico
           Criminal Docket No. 11-845 (SJ)

Dear Mr. Corozzo:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby discloses that it anticipates calling Investigator John Carillo as an expert witnesses at trial.

    Investigator Carillo will testify as an expert regarding (1) the structure, hierarchy, rules and conduct of organized crime, (2) the identities, affiliations and positions of individuals who are members or associates of organized crime, including individuals in the Colombo and Gambino crime families (except that Investigator Carillo will not identify the organized crime position and affiliation of the defendant, consistent with established case law), (3) the identities, affiliations and positions of individuals depicted in photographs to be admitted at trial, and (4) organized crime terminology and code language. More detail regarding the bases for Carillo's anticipated testimony and his qualifications can be found within the government's forthcoming Jencks Act disclosure for this witness.

    The government reserves the right to call a substitute expert witness as well as to call additional expert witnesses, and will provide advance notice of any intent to do so.

        Please contact me if you have any questions regarding this disclosure.

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney
                                      Eastern District of New York

                           By:        /s/
                                      Nadia I. Shihata
                                      Assistant U.S. Attorney
                                      (718) 254-6295

cc:  Clerk of the Court (SJ) (by ECF)