# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

March 21, 2012

The Honorable Judge Sterling Johnson, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *USA v. Carmine Persico,* 11-cr-845 (SJ)

Dear Judge Johnson:

     I am writing to request this Court modify Mr. Carmine Persico's bail conditions to permit him to attend his niece's birthday celebration Saturday March 24, 2012 from 11:30am-5:00pm. Mr. Persico's niece, Alexa Persico, will be turning eleven years old and her party will be in Carle Place, Long Island.

     The Government (AUSA Nadia Shihata) has been furnished with the guest list and has provided her consent. Pre-trial services officer Arthur Bobyak has also consented to this request.

Very truly yours,

/s/Joseph Corozzo
Joseph Corozzo

cc:   All United States Attorneys via ECF
      Pretrial Officer Arthur Bobyak via facsimile (631) 712-6415

1