## RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

July 16, 2012

The Honorable Judge Sterling Johnson, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**  *USA v. Carmine Persico,* **11-cr-845 (SJ)**

Dear Judge Johnson:

  I represent Carmine Persico in the above referenced case. Mr. Persico's sentencing is currently scheduled for July 26, 2012. I write to respectfully request his sentencing be adjourned to September 7, 11, or 14 of 2012 as we are still in the process of gathering important information that is pertinent to his sentencing, including physician letters.

  The Government (by AUSA Nadia Shihata) has consented to this request.

           Very truly yours,

           /s/Joseph Corozzo
           Joseph Corozzo

cc:  All United States Attorneys via ECF